**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-7056**

---

JEREMY FONTANEZ,

       Petitioner - Appellant,

    v.

COLETTE PETERS, BOP Director; WARDEN ROKOSKY, FCI Cumberland,

       Respondents - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge. (1:24-cv-03392-MJM)

---

Submitted: June 25, 2026                         Decided: June 30, 2026

---

Before BENJAMIN and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeremy Fontanez, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Fontanez, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition.  Our review of the record confirms the district court's holding that Fontanez failed to exhaust his administrative remedies before filing the underlying § 2241 petition and, further, that Fontanez did not establish that exhaustion of such remedies should be excused under the circumstances of this case.  Accordingly, we affirm the district court's order.  *Fontanez v. Peters*, No. 1:24-cv-03392-MJM (D. Md. filed Nov. 24, 2025 & entered Nov. 25, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*